Miller, Duhjuan-Lamar
Duhjuan Miller
2740 Bruce st
N. Las Vegas 89030
702-544-6817

FILED
ENTERED          SERVED ON
COUNSEL/   OF RECORD

JUN 2  2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

2:23-cv-00584-APG-DJA

Miller -V- NVEnergy                Amend Complaint

Your Honor,
    January 2022 a trust agreement was started for services. January 2023 I Miller, Duhjuan-Lamar sent documents to NVEnergy and CFO Mike Cole to make notice that all further bills mailed will be accepted for special endorsement and that all credits of principals' balance should be applied to the principals account number. Those documents included: Certificate of interest DUHJUAN LAMAR MILLER xxx-xx-8186, Power of Attorney accepting all rights, titles, interest and equity for Principal, Special Endorsed Bill, 1040v and Letter of notice.
    NVenergy nor CFO has given a response or met orders and are choosing to hold Endorser in an encumbrance after all obligations have been fulfilled.